1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                         NORTHERN DISTRICT OF CALIFORNIA
8                                  SAN JOSE DIVISION

9  REVEREND MICHAEL MALOTT,           )    Case No.: C 07-5945 PVT
                                      )
10              Plaintiff,            )    **INTERIM ORDER RE PLAINTIFF'S**
                                      )    **APPLICATION TO PROCEED** *IN*
11       v.                           )    *FORMA PAUPERIS*
                                      )
12 EBAY INCORPORATED,                 )
                                      )
13              Defendant.            )
   _____)
14

15        On November 26, 2007, Plaintiff filed an application to proceed in forma pauperis.[1]  Having

16 reviewed the file herein, the court finds it appropriate to issue this interim order.  Based on the file

17 herein,

18        IT IS HEREBY ORDERED that no later than January 4, 2007, Plaintiff shall supplement his

19 application to proceed *in forma pauperis* with a declaration that:  1) responds to question 2.d. of the

20 application;[2] and 2) explains what consideration he has received in the past twelve months, whether

21 monetary or otherwise, in exchange for his services as the director of the "Instruments for the Youth"

22 charity (*see* Complaint, ¶ 3).

23 Dated: *12/5/07*

24                                           *Patricia V. Trumbull*
                                             PATRICIA V. TRUMBULL
25                                           United States Magistrate Judge

26 _____

27   [1]   The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

28   [2]   Question 2.d. asks whether Plaintiff has received, within the past twelve (12) months, any money from pensions, annuities, or life insurance payments.

ORDER, *page 1*

1 | copies mailed on  *12/5/07*  to:

2 | Reverend Michael Malott
3376 Preakness Court
3 | Marietta, GA 30062

4

5 |                                   *Donna Kirchner      for*
                                   CORINNE LEW
6 |                                   Courtroom Deputy