UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED
2007 DEC 27 P 2:__
RICHARD W. WIEKING
NO. DIST. OF CA. S.J.

Reverend Michael Malott )
           Plaintiff     )
                         )
v.                       )   Case No. C 07-5945 PVT
                         )
                         )   PLAINTIFF RESPONSE TO
                         )   INTERMIN ORDER DATED
EBay Incorporated        )   12/5/2007 BY THE HONORABLE
           Defendant     )   PATRICIA V. TRUMBULL
_____)

**NOW COMES**, Plaintiff Reverend Michael Malott and submits to this court his RESPONSE TO INTERMIN ORDER DATED 12/5/2007 BY THE HONORABLE PATRICA V. TRUMBALL and states the following facts;

1.
Plaintiff responds to question 2.d of the application[1] to proceed in *forma pauperis* by stating that he has not received any money from pensions, annuities, or life insurance payments within the past twelve (12) months.

2.
Plaintiff further states that he has received no financial compensation for his services as director of the Instruments for the Youth charity. This other than self gratitude, and a handful of autographed celebrity photos, a couple tee shirts and ball caps and a occasional free ticket to concerts by celebrity performers who have supported the efforts of the charity. No position within the charity offers any compensation and all work is done exclusively on a volunteer basis.

SUBMITTED THIS 20th DAY OF DECEMBER, 2007
By

_____
Reverend Michael Malott
Plaintiff
3376 Preakness Court
Marietta, GA 30062
(770) 971-6738

---

[1]  [Q]uestion 2.d . asks whether plaintiff has received, within the past twelve (12) months, any money from pensions, annuities, or life insurance payments.