\*\*E-Filed 02/14/2008\*\*

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| REVEREND MICHAEL MALOTT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EBAY INCORPORATED,<br><br>　　　　　　Defendant. | Case Number C 07-05945 JF/PVT<br><br>ORDER[1] DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

    Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fee necessary to pursue the action. 28 U.S.C. § 1915(a)(1). Plaintiff alleges that during the last 12 month period he has earned an income of approximately $1000.00 per month through Defendant's internet auction site. Plaintiff indicates that he owns a vehicle, has a bank account with a balance of $125.00 and possesses $83.00 in cash. Plaintiff further contends that he has over $400 in monthly credit card payments, $122.00 in monthly educational loan repayments and

---

    [1] This disposition is not designated for publication and may not be cited.

1  monthly living expenses (rent, food, utilities, and clothing) totaling $1000.00.  In light of these
2  debts and assets, the Court is not satisfied that Plaintiff is unable to pay the filing fee necessary to
3  pursue this action.  Accordingly, Plaintiff's application to proceed *in forma pauperis* is DENIED.

5  IT IS SO ORDERED.

7  DATED: February 14 , 2008

9  _____
   JEREMY FOGEL
   United States District Judge

1  This Order has been served upon the following persons:

2  Reverend Michael Malott
   3376 Preakness Court
3  Marietta, GA 30062

4  Ebay Incorporated
   2145 Hamilton Ave.
5  San Jose, CA 95125

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 07-0945
ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFEX3)