\*\* E-filed 6/2/2009 \*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| REVEREND MICHAEL MALOTT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EBAY INCORPORATED,<br><br>　　　　　Defendant.<br><br>IN RE: EBAY SELLER ANTITRUST LITIGATION | Case Number C 07-5945 JF (RS)<br><br>ORDER[1] DENYING PLAINTIFF'S MOTIONS FOR MISTRIAL, TO REMAND AND TO AMEND COMPLAINT<br><br>[re: docket nos. 10, 12, 13] |

Because trial has not yet commenced and no jury has been convened, there is no basis upon which the court could declare a mistrial. Accordingly, Plaintiff's Motion for Mistrial will be DENIED.

Because the instant case was not filed in a state court, there is no state court to which the case may be remanded. Accordingly, Plaintiff's Motion to Remand will be DENIED.

Because the instant action has been consolidated with other cases, Plaintiff lacks standing to amend the complaint unilaterally. Accordingly, Plaintiff's Motion to Amend

---

[1] This disposition is not designated for publication in the official reports.

1 | Complaint will be DENIED without prejudice.

3 | IT IS SO ORDERED.

5 | DATED: May 29, 2009

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 07-5945-JF (RS)
ORDER DENYING PLAINTIFF'S MOTIONS FOR MISTRIAL, TO REMAND AND TO AMEND COMPLAINT
(JFEx1)

1 | This Order has been served upon the following persons:
2 |
3 | Michael Malott
   | 3376 Preakness Court
4 | Marietta, GA 30062
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

3

Case No. C 07-5945-JF (RS)
ORDER DENYING PLAINTIFF'S MOTIONS FOR MISTRIAL, TO REMAND AND TO AMEND COMPLAINT
(JFEx1)